IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ILEX CONSTRUCTION AND DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS W. PRITCHARD, *et. al.*, <br><br> Defendants. | Civil Action No. 1:13-cv-157 (AJT/JFA) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 19] of the Magistrate Judge recommending that default judgment be entered in favor of Ilex Construction and Development, Inc. and against the defendants, Thomas W. Pritchard and Haifleigh Hall Pritchard. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the plaintiff's motion for default judgment [Doc. No. 12] be, and the same hereby is GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against the defendants, Thomas W. Pritchard and Haifleigh Hall Pritchard, jointly and severally, on plaintiff's claim for breach of contract in the amount of $180,716.66 plus interest at the federal rate from the date of judgment until paid.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and to send a copy of this Order to all counsel of record and to the defendants, *pro se*, at:

8605 Canterbury Drive
Warrenton, Virginia 20186-7804

/s/
———————————————
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 23, 2013